# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1755
LT Case No. 2022-CC-001698-A

_____

CONTRACTOR'S RECOVERY
TRUST,

     Appellant,

     v.

DEBORAH K. BRINLEY and
ROBERT E. BRINLEY, JR.,

     Appellees.

_____

On appeal from the County Court for Clay County.
Kristina Keller Mobley, Judge.

Grant H. Gibson, of Acorn Legal, Jacksonville, for Appellant.

Robert Aguilar, of Aguilar & Sieron, P.A., Green Cove Springs, and
James J. Taylor, Jr., of Taylor Arrubla Hardwick P.A., Keystone
Heights, for Appellees.


January 8, 2026


PER CURIAM.

AFFIRMED.

MAKAR, EDWARDS, and MACIVER, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————